AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

GAVIN LEE BUCK

           v.

MICHAEL J. ASTRUE, Commissioner
    of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5519KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

     The Court hereby finds the ALJ improperly concluded plaintiff was not disabled. Accordingly, the Court also hereby reverses defendant's decision to deny benefits and remands this matter for further administrative proceedings in accordance with the findings contained herein.


| | |
|---|---|
|    June 29, 2011 |    WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |