THE HONORABLE KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAVIN LEE BUCK,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Acting Commissioner of
Social Security Administration,

                Defendant.

NO. C10-05519-KLS

ORDER RE AWARD OF EAJA
ATTORNEY'S FEES AND COSTS

## ORDER

Based upon the stipulation of the parties, it is hereby

Ordered that the plaintiff shall have a judgement against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $7,194.96 for attorney's fees, $75.00 for paralegal fees, and costs in the sum of $17.80 for service of the summons and complaint in this matter, for a total award of $7,287.76. It is further

Ordered that EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, __ U.S. __ (2010).

Dated this 18th day of August, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

ORDER RE AWARD OF EAJA
ATTORNEY'S FEES AND COSTS - 1

| | |
|---|---|
| 1   Presented by: | Approved for entry: |
| 2 | |
| 3 | |
| 4   /s/ Charles W. Talbot | Approved by Brett E/ Eckelberg by email on August 17, 2011. |
|      Charles W. Talbot, WSBA #7448 | |
| 5   Attorney for Plaintiff | Brett E. Eceklberg  WSBA # 42479 |
| | Attorney for Defendant |

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409

Fax (253) 564-9300
Phone (253) 566-9300

ORDER RE AWARD OF EAJA
ATTORNEY'S FEES AND COSTS - 2